# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| VERNON ANTHONY REID, | : | |
| | : | 5:09-CR-29 (CAR) |
| Petitioner, | : | 5:11-CV-90109 (CAR) |
| | : | |
| vs. | : | HABEAS CORPUS |
| | : | 28 U.S.C. ▪ 2255 |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

_____

## *ORDER ON THE RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 166] to deny Petitioner=s 28 U.S.C. § 2255 petition seeking habeas corpus relief [Doc. 148]. Petitioner, proceeding *pro se*, has filed an Objection to the Recommendation [Doc. 171]. Having fully considered the record in this case and making a *de novo* determination of the portions of the Recommendation to which Petitioner objects, the Court finds the Objection to be without merit. Thus, the United States Magistrate Judge's Recommendation [Doc. 166] to deny Petitioner's habeas corpus petition is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**, and Petitioner's habeas corpus petition [Doc. 148] is hereby DENIED.

1

In his Objection, Petitioner simply restates the arguments he made in his original petition which have all been fully addressed by the Magistrate Judge in his Recommendation. As thoroughly explained by the Magistrate Judge, Petitioner was aware of the consequences of accepting a guilty plea and acknowledged in the plea agreement that he understood the Court was not bound by any estimate of probable sentencing range Petitioner may have received from his counsel and that nothing in the plea agreement limited the court's sentencing discretion. Moreover, counsel strenuously objected to the six-point enhancement both at sentencing and on appeal, and therefore, counsel was not ineffective. Counsel's decision not to move to withdraw the guilty plea was reasonable in light of the language in the plea agreement stating that Petitioner could not withdraw his guilty plea based on his dissatisfaction with the Court's sentence. For the reasons explained by the Magistrate Judge, the Court did not engage in impermissible fact-finding, as a district court is not bound by stipulations of facts in plea agreements and may determine all facts relevant at sentencing after reviewing the PSR. Finally, this Court agrees that an evidentiary hearing is unnecessary in this case.

Accordingly, the Recommendation to Deny Relief [Doc. 166] is **ADOPTED** and **MADE THE ORDER OF THIS COURT**, and Petitioner's 28 U.S.C. § 2255 petition seeking habeas corpus relief [Doc. 148] is **DENIED**.   Because it does not appear that Petitioner has made a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

      **SO ORDERED**, this 4th day of January, 2012.


                    <u>S/   C. Ashley Royal</u>
                    C. ASHLEY ROYAL
                    UNITED STATES DISTRICT JUDGE

SSH